UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DERRIK JAMES SIMERLINK,<br><br>Plaintiff,<br><br>v.<br><br>THE COLLEGE OF IDAHO,<br><br>Defendant. | Case No. 1:25-cv-00157-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Derrik James Simerlink's motion for permission to participate in electronic case filing (CM/ECF). *See* Dkt. 4. Federal Rule of Civil Procedure 5(d)(3)(B) allows a person not represented by an attorney to file and sign documents electronically if allowed by court order or local rule. While an unrepresented individual may obtain the Court's permission to file his or her submissions electronically using the CM/ECF system, such authorization is typically denied unless the pro se party makes a showing of good cause or at least provide some explanation for "why he requires access to electronic filing or why paper filing is inadequate." *Augustar Life Assurance Corp. v. Terrana*, No. 2:24-cv-02096-DC-AC, 2024 WL 4839841, at *1 (E.D. Cal. Nov. 20, 2024) (internal quotation marks omitted); *See also McMahon v. Cleveland Clinic Found. Police*

**MEMORANDUM DECISION AND ORDER - 1**

*Dep't*, 455 Fed. App'x 874, 878 911th Cir. 2011) (affirming district court's denial of pro se plaintiff's access to CM/ECF because plaintiff did not show good cause). Mr. Simerlink's motion does not contain any explanation for why e-filing is required or why paper filing is inadequate in this case. Without some showing of need for electronic filing, the Court sees no reason to depart from the general rule that a party not represented by an attorney must file documents with the Court by mail or in person. Accordingly, Mr. Simerlink's motion is denied without prejudice. He may file another motion for permission to file electronically if he is able to meet the standard set forth in this order.

## ORDER

**IT IS ORDERED that:**

1. Plaintiff's Motion to Participate in Electronic Filing (Dkt. 4) is **DENIED** without prejudice.

2. The Clerk of the Court is directed to send a copy of this Order to Plaintiff by U.S. Mail.



DATED: May 15, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**